AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alicia Brown
was received by me on *(date)* 7/13/26 .

☑ I personally served the summons on the individual at *(place)* Hart County Jail
Hartwell, GA 30643 on *(date)* 7/13/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/13/26

Capt Wayne Hinson
*Server's signature*

Capt Wayne Hinson
*Printed name and title*

Hart County Sheriff's ofc
*Server's address*

850 Ridley ST
Hartwell, GA 30643

Additional information regarding attempted service, etc:

Return